```
NICHOLAS STROZZA, ASSISTANT U.S. TRUSTEE          Filed
State Bar # CA 117234                             Electronically
WILLIAM B. COSSITT, #3484
OFFICE OF THE UNITED STATES TRUSTEE               March 2, 2010
300 Booth Street, Room 2129                       Office of the
Reno, NV 89509                                    United States Trustee
Telephone: (775) 784-5335
Telecopier: (775) 784-5531

Attorneys for Acting United States Trustt
Sara L. Kistler
```

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re: | |
|---|---|
| CRAYHON RESEARCH, a Nevada Corporation, | Case No. BK-N-09-54142-GWZ<br>Chapter 11 |
| | DECLARATION OF EXAMINER |
| Debtor, | Hearing Date: None required<br>Hearing Time: None required |

I, Michael D. Warner, declare under penalty of perjury:

1.  I have been appointed as examiner in this case and I execute this declaration pursuant to FRBP 2007.1.

2.  I have no business connections with Debtor, Crayhon Research, a Nevada Corporation.

3.  I have, insofar as I am aware, no business connections with any creditor or any other party in this case or their respective attorneys or accountants, except as described in paragraph 4.

4.  I am currently counsel for the law firm of Lowenstein Sandler, LLP ("Lowenstein"), one of the firms representing the Official Creditors Committee in the above captioned case, in a wholly unrelated matter in the United States Bankruptcy Court for the Southern District of Texas. In addition, I am Lowenstein's local counsel in the representation of a creditor in the United States Bankruptcy Court for the Southern District of Texas, also in a wholly unrelated matter.

1

5. I have no business connections with, nor am I related to, any person employed by the Office of the United States Trustee in Reno, Nevada.

Dated: March 1, 2010.

Michael D. Warner